UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Christopher Johnson,<br><br>　　　　Plaintiff,<br>vs.<br><br>Costco Wholesale Corporation<br><br>　　　　Defendant. | CASE NO.: 3:23-cv-5500-SAL<br><br>**DEFENDANT PUBLIX SUPER MARKETS, INC.'S NOTICE OF REMOVAL** |

Defendant Costco Wholesale Corporation, in this civil action filed by Christopher Johnson, Civil Action No. 2023-CP-40-04966, in the Court of Common Pleas for Richland County, State of South Carolina (the "State Court Action"), files this Notice of Removal to the United States District Court for the District of South Carolina, Columbia Division, by and through its undersigned attorneys, shows the Court:

1.

On September 21, 2023, Plaintiff Christopher Johnson ("Plaintiff") commenced this pending civil action in the Court of Common Pleas for Richland County, South Carolina, as Civil Action No. 2023-CP-40-04966.

2.

Defendant was served with a copy of the Summons and Complaint by process server on October 4, 2023.

3.

In lieu of filing an Answer to Plaintiff's Complaint in State Court, Defendant files the Notice of Removal and will file an Answer in this Court pursuant to the Federal Rules of Civil Procedure.

7179902v.1

4.

In this action, Plaintiff seeks recovery for personal injury through negligence, gross negligence, and premises liability for an incident which occurred on August 17, 2022, when he allegedly slipped on wet concrete.

5.

This action is one over which this United States District Court has diversity jurisdiction, pursuant to 28 U.S.C. § 1332a.

6.

Plaintiff is a resident of South Carolina per his Complaint.

7.

Costco Wholesale Corporation is a foreign limited liability company organized under the laws of the State of Washington with its principal place of business also located in Washington.

8.

Although Defendant denies liability to Plaintiff, the Complaint contends that Plaintiff's economic and non-economic damages include a significant physical injury, lost wages, past, present, and future medical expenses, a great deal of pain, suffering and aggravation, as well as inconvenience. Plaintiff is also seeking punitive damages Plaintiff's allegations demonstrate, by a preponderance of the evidence, that the amount in controversy exceeds $75,000.

9.

Therefore, the requirements to trigger the diversity jurisdiction of this Court have been met and removal is appropriate pursuant to 28 U.S.C. §§ 1332a and 1446(c)(2)(B).

10.

Contemporaneously with the filing of this Notice of Removal, Defendant will give notice to Plaintiff and will also file a copy of this Notice of Removal with the Court of Common Pleas

of Richland County, South Carolina. A copy of the Notice to Plaintiff of Removal of State Court Action and the Notice to State Court of Filing Notice of Removal are attached as Exhibits A-1 and A-2, respectively.

11.

Attached as Exhibit B to this Notice are true and accurate copies of all process, orders, or pleadings filed in the State Court Action.

12.

By filing this Notice of Removal, Defendant does not waive any defense that may be available to it.

WHEREFORE, Defendant removes this State Court Action to the United States District Court for the District of South Carolina, Columbia Division.

This 30th day of October 2023.

Respectfully submitted,

COPELAND, STAIR, VALZ & LOVELL, LLP

By:  *s/Lee C. Weatherly*
     LEE C. WEATHERLY
     Federal Bar No.: 9389
     KIERRA N. BROWN
     Federal Bar No.: 12717
     ***Attorneys for Defendant***

40 Calhoun Street, Suite 400
Charleston, South Carolina 29401-3531
lweatherly@csvl.law
kbrown@csvl.law
Ph: 843-727-0307